MADISON HEIGHTS, INC., APELLANT, *v.* DONHAM ET AL., BUTLER COUNTY COMMRS., ET AL., APPELLEES.

(No. 71-681—Decided February 2, 1972.)

*Messrs. Andary, Geisenfeld & Izenson, Messrs. Levey & Levey, Messrs. Lindhorst & Dreidame* and *Mr. James L. O'Connell,* for appellant.

*Mr. Richard J. Wessel,* prosecuting attorney, and *Mr. Donald L. Ferris,* for appellees.

*Per Curiam.* The judgment of the Court of Appeals denying the writ of prohibition is affirmed. Under the facts of this case, prohibition is not a proper remedy. *Markus v. Bd. of Elections* (1970), 22 Ohio St. 2d 197.

*Judgment affirmed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, CORRIGAN, STERN, LEACH and BROWN, JJ., concur.